# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>01/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>90 N.E. FOURTH STREET<br>SUITE 1067<br>MIAMI, FLORIDA 33132 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | UNIVERSITY OF MIAMI | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | FLORIDA BAR | 7/15/13 | ORLANDO, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 3. | UNIVERSITY OF FLORIDA | 11/15/13 | GAINSEVILLE, FLORIDA | PROFESSIONAL EVENT | TRAVEL & LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GIBRALTER BANK - FSB CHECKING & MONEY MARKET | A | Int./Div. | K | T | | | | | |
| 2. FRANKLING STREET PROPERTIES (F/K/A FSP COLLINS CROSSING) | A | Int./Div. | | | Closed | 09/18/13 | J | A | |
| 3. RAYMOND JAMES BANK | A | Int./Div. | K | T | | | | | |
| 4. WILLIAMS COMPANIES INCORPORATED DEL (WMB) | B | Int./Div. | K | T | Buy | 09/18/13 | K | | |
| 5. KKR & COMPANY LP DEL COM UNITS (KKR) | B | Int./Div. | K | T | Buy | 06/10/13 | K | | |
| 6. OMAN TRUSTEE - WALDIN (5) | | None | J | U | | | | | |
| 7. ISHARES IBOXX HI YD ETF (HYG) (PRIOR YEAR-LINE 26 - ISHARES TR IBOXX) | C | Int./Div. | L | T | | | | | |
| 8. AMERICAN INTERNATIONAL GROUP INC. NTS ISIN | B | Int./Div. | L | T | Buy | 10/02/13 | L | | |
| 9. HEWLETT-PACKARD COMPANY NTS ISIN | B | Int./Div. | L | T | Buy | 08/12/13 | L | | |
| 10. MONEY MARKET - REGIONS FDIC | A | Int./Div. | | | Closed | 02/19/13 | K | | |
| 11. FL HURRICANE CAT FUD FIN CORP | C | Int./Div. | M | T | | | | | |
| 12. FL STATE BRD ED SER A | C | Int./Div. | M | T | | | | | |
| 13. GWINNETT CNTY GA SCH DIST | C | Int./Div. | M | T | | | | | |
| 14. JACKSONVILLE FL EXCISE TAXES SER A | C | Int./Div. | | | Sold | 10/01/13 | L | A | |
| 15. JOHNSON CITY TENN | C | Int./Div. | L | T | | | | | |
| 16. PIMCO TOTAL RET CLASS C | | None | | | Sold | 08/16/13 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. STATE OF MISS OBLIGATIONS | C | Int./Div. | | | Redeemed | 03/01/13 | K | A | |
| 18. ALABAMA WTR POLLUTION UTL AUTH | B | Int./Div. | L | T | | | | | |
| 19. ALLY FINANCIAL INCORPORATED NT 7.25% | D | Int./Div. | L | T | Buy | 08/15/13 | L | | |
| 20. NORFOLK VA ARPT | C | Int./Div. | | | Sold | 08/20/13 | L | | |
| 21. GENERAL ELECTRIC CAP CORP | A | Int./Div. | K | T | | | | | |
| 22. MORGAN STANLEY | C | Int./Div. | | | Redeemed | 03/01/13 | L | A | |
| 23. ENDURO ROYALTY TR | B | Int./Div. | | | Sold | 02/06/13 | K | | |
| 24. ISHARES TR IBOXX (LQD)(PRIOR YEAR-LINE 15-ISHARES GS INVEST OP) | B | Int./Div. | | | Sold | 06/10/13 | L | B | |
| 25. THORNBURG LTD | A | Int./Div. | | | Sold | 08/16/13 | K | A | |
| 26. AMERICAN CAPITAL AGENCY | C | Int./Div. | | | Sold | 03/15/13 | K | A | |
| 27. AT&T INCORPORATED | B | Int./Div. | K | T | Buy | 06/10/13 | K | | |
| 28. ALTRIA GROUP INCORPORATED (MO) | B | Int./Div. | K | T | Buy | 02/22/13 | K | | |
| 29. MONEY MARKET - REGIONS BANK | A | Int./Div. | | | Closed | 02/19/13 | K | A | |
| 30. MONEY MARKET - RETIONS BANK | A | Int./Div. | | | Closed | 02/19/13 | K | A | |
| 31. AIG MULTI CPN PFD | A | Int./Div. | | | Sold | 03/18/13 | K | D | |
| 32. BANK OF AMERICA CORP | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. AMGEN INC. NTS ISIN | C | Int./Div. | M | T | Buy | 09/26/13 | M | | |
| 34. CHURCH & DWIGHT | B | Int./Div. | L | T | | | | | |
| 35. BANK OF AMERICA CORP | A | Int./Div. | K | T | Buy | 10/14/13 | K | | |
| 36. EXXON MOBIL | C | Int./Div. | M | T | | | | | |
| 37. EXXON MOBIL CORPORATION (XOM) | B | Int./Div. | L | T | Buy | 11/08/13 | L | | |
| 38. FORD MOTOR CO | A | Int./Div. | K | T | | | | | |
| 39. IBM | B | Int./Div. | L | T | | | | | |
| 40. GENERAL MOTORS (GM) | B | Int./Div. | K | T | Buy | 11/25/13 | K | | |
| 41. PIMCO TOTAL RETURN (PRIOR YEAR - LINE 83 - PIMCO TOT RET FD A) | A | Int./Div. | | | Sold | 11/05/13 | M | B | |
| 42. SOUTHERN CO | A | Int./Div. | | | Sold | 12/23/13 | K | D | |
| 43. JOHNSON & JOHNSON | B | Int./Div. | K | T | Buy | 07/01/13 | K | | |
| 44. LOCKHEED MARTIN CORP (LMT) | C | Int./Div. | M | T | Buy | 12/05/13 | M | | |
| 45. COLFAX CORP | | None | K | T | | | | | |
| 46. NEXTERA ENERGY INCORPORATED | A | Int./Div. | K | T | Buy | 11/25/13 | K | | |
| 47. VODAFONE GROUP PLC NEW SPONS (ADR UK) | B | Int./Div. | K | T | Buy | 04/23/13 | K | | |
| 48. GENERAL ELECTRIC | A | Int./Div. | K | T | | | | | |
| 49. WILLIAMS COMPANIES | B | Int./Div. | K | T | Buy | 04/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 50. | BLACKSTONE GROUP LP COM UNIT LTD (BX) | C | Int./Div. | L | T | Buy | 05/31/13 | L | | |
| 51. | CITIGROUP INC NTS ISISN | B | Int./Div. | L | T | Buy | 06/27/13 | L | | |
| 52. | GMAC LLC | A | Int./Div. | | | Sold | 02/10/13 | K | A | |
| 53. | AMGEN INC | A | Int./Div. | K | T | | | | | |
| 54. | STARBUCKS CORP | A | Int./Div. | K | T | | | | | |
| 55. | CAPITAL ONE FIN | A | Int./Div. | | | Sold | 02/22/13 | K | A | |
| 56. | FAIRPOINT COMM | | None | K | T | | | | | |
| 57. | THE FRESH MARKET | | None | | | Sold | 12/02/13 | K | A | |
| 58. | GOOGLE INC. | | None | L | T | | | | | |
| 59. | SEALED AIR CORP | A | Int./Div. | L | T | | | | | |
| 60. | SIX FLAGS ENT CORP | B | Int./Div. | K | T | | | | | |
| 61. | GMAC CAPITAL TRUST I GTD | C | Int./Div. | K | T | Buy | 11/21/13 | K | | |
| 62. | BANK OF AMERICA CORP | A | Int./Div. | K | T | Buy | 10/14/13 | K | | |
| 63. | BERKSHIRE HATHAWAY INCL DEL CLASS B (BRK.BO) | A | Int./Div. | L | T | Buy | 02/06/13 | L | | |
| 64. | MONEY MKT FD REGIONS FDIC | A | Int./Div. | | | Closed | 02/19/13 | K | | |
| 65. | ASTRA ZENECA PLC | C | Int./Div. | L | T | | | | | |
| 66. | BANK OF AMERICA CORP | B | Int./Div. | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4); F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3); N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2); U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. BANK OF AMERICA CORP | C | Int./Div. | L | T | | | | | |
| 68. GOLDMAN SACHS GROUP | B | Int./Div. | | | Redeemed | 04/01/13 | K | A | |
| 69. IBM CORP BK | A | Int./Div. | | | Sold | 08/09/13 | L | E | |
| 70. CATERPILLAR INCORPORATED DEL (CAT) | B | Int./Div. | K | T | Buy | 12/23/13 | K | | |
| 71. JP MORGAN CHASE | A | Int./Div. | | | Sold | 01/02/13 | K | A | |
| 72. TEMPLETON GLOBAL BD FD | B | Int./Div. | | | Sold | 07/01/13 | M | D | |
| 73. INFINITY PROP | C | Int./Div. | M | T | | | | | |
| 74. GMAC LLC | A | Int./Div. | | | Sold | 02/10/13 | K | A | |
| 75. ISHARES IBOXX INV CP ETF (LQD) (PRIOR YEAR-LINE 89-ISHARES GS INVESTOP) | A | Int./Div. | | | Sold | 06/05/13 | K | A | |
| 76. CENTURY LINK INC | | None | | | Sold | 02/20/13 | K | A | |
| 77. CERNER CORPORATION (CERN) | | None | K | T | | | | | |
| 78. CHICAGO BRIDGE & IRON COMPANY NV | A | Int./Div. | K | T | Buy | 01/30/13 | K | | |
| 79. MARATHON LENDING CO | | None | K | U | | | | | |
| 80. EZGREEN ASSOC LLC | | None | J | U | | | | | |
| 81. HOMESTEAD 5 LLC - MULTIPLE RENTAL PROP | A | Rent | | | Sold | 12/31/13 | J | A | |
| 82. HTG CRYSTAL COVE INVESTORS 10 LLC | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. HTG CRYSTAL COVE INVESTORS 11 LLC | | None | K | U | | | | | |
| 84. LAKEHOUSE I LTD - MULTIPLE RENTAL PROP MIAMI FLORIDA | D | Rent | J | U | | | | | |
| 85. RASCON ASSOC LTD | A | Int./Div. | L | U | | | | | |
| 86. 22 LANTERN LLC CLASS B | | None | J | U | | | | | |
| 87. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 88. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 89. NW 6, LLC | C | Int./Div. | L | U | | | | | |
| 90. SW 214 LLC | | None | M | U | | | | | |
| 91. TR-1, LLC | B | Int./Div. | K | U | | | | | |
| 92. TR-2, LLC | D | Int./Div. | M | U | | | | | |
| 93. WILLIAMS PTRS LP | | None | | | Sold | 03/15/13 | N | E | |
| 94. DAVITA HEALTHCARE PARTNERS INC | | None | K | T | Buy | 12/20/13 | K | | |
| 95. MICROSOFT CORPORATION (MSFT) | B | Int./Div. | K | T | Buy | 11/06/13 | K | | |
| 96. RYDER SYSTEMS INCORPORATED | A | Int./Div. | K | T | Buy | 09/25/13 | K | | |
| 97. SCHEIN HENRY INCORPORATED (HSIC) | | None | L | T | Buy | 11/05/13 | L | | |
| 98. WILLIAMS COMPANIES INC. DEL (WMB) | B | Int./Div. | L | T | Buy | 03/15/13 | L | | |
| 99. WIX COM LIMITED SHS (ISRAEL) (WIX) | | None | K | T | Buy | 11/22/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. BLACKSTONE GROUP LP COM UNIT LTD (BX) | B | Int./Div. | K | T | Buy | 05/02/13 | K | | |
| 101. FRANKLIN STREET PPTYS CORP REIT (FSP) | C | Int./Div. | K | T | Buy | 01/14/13 | K | | |
| 102. KKR & COMPANY L P DEL COM | B | Int./Div. | K | T | Buy | 05/20/13 | K | | |
| 103. ALLY FINANCIAL INC NT 7.375% | C | Int./Div. | K | T | Buy | 03/08/13 | K | | |
| 104. RAYMOND JAMES BANK DEPOSIT | A | Int./Div. | L | T | Open | 12/03/13 | L | | |
| 105. SIX FLAGS ENT CORP | C | Int./Div. | L | T | Buy | 01/03/13 | L | | |
| 106. ALLY FINANCIAL INC. | C | Int./Div. | L | T | | | | | |
| 107. ALLY FINANCIAL INC. | C | Int./Div. | K | T | | | | | |
| 108. KKR & COMPANY | A | Int./Div. | L | T | Buy | 12/02/13 | L | | |
| 109. SPDR S&P 500 ETF (PRIOR YEAR-LINE 85-SPDR S&P DEP RCPT TRADES/ QUOTES) | B | Int./Div. | L | T | | | | | |
| 110. RAYMOND JAMES BANK | A | Int./Div. | K | T | | | | | |
| 111. WILLIAMS COMPANIES | A | Int./Div. | | | Sold | 08/16/13 | L | A | |
| 112. MORGAN STANLEY | | None | | | Redeemed | 03/01/13 | L | A | |
| 113. FRANKLIN STREET PROP | | None | | | Sold | 01/17/13 | K | A | |
| 114. EXPRESS SCRIPTS | | None | | | Buy | 06/10/13 | K | | |
| 115. EXPRESS SCRIPTS | | None | | | Sold | 10/25/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116.  SEATTLE GENETICS | | None | | | Buy | 09/18/13 | K | | |
| 117.  SEATTLE GENETICS | | None | | | Sold | 12/22/13 | K | A | |
| 118.  TITAN MACHY | | None | | | Sold | 06/26/13 | L | A | |
| 119.  MARATHON LENDING CO II LLC | | None | K | U | Buy | 03/27/13 | K | | |
| 120.  YAYA INVESTMENT CLUB CG | A | Int./Div. | J | U | Buy | 07/01/13 | J | | |
| 121.  RAYMOND JAMES BANK DEPOSIT | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 01/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAUL C. HUCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544